Jose Luis SANCHEZ–CORTES, a.k.a. Jose L. Cortes, a.k.a. Jose Luis Sanchez, a.k.a. Jose L. Sanchez Cortes, a.k.a. Jose Luis Sanchez Cortez, Petitioner,

v.

Eric H. HOLDER, Jr., Attorney General, Respondent.

No. 10–73486

United States Court of Appeals, Ninth Circuit.

Submitted June 12, 2014.*

Filed June 17, 2014.

John E. Ricci, Law Office of Ricci and Sprouls, San Francisco, CA, for Petitioner.

Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, Julia Tyler, Esquire, Shelley Goad, Assistant Director, U.S. Department of Justice, Washington, DC, for Respondent.

Before: McKEOWN, WARDLAW, and M. SMITH, Circuit Judges.

MEMORANDUM **

Jose Luis Sanchez–Cortes, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's decision denying his application for cancellation of removal. We have jurisdiction under 8 U.S.C. § 1252. We review de novo questions of law. *Garcia v. Holder,* 659 F.3d 1261, 1265–66 (9th Cir.2011). We deny the petition for review.

The U.S. Supreme Court's decision in *Holder v. Martinez Gutierrez,* —— U.S. ——, 132 S.Ct. 2011, 182 L.Ed.2d 922 (2012), forecloses Sanchez–Cortes's sole contention regarding imputation of his period of continuous residence.

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

